UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KURT B. LUDLOW, ) | 2:10-CV-00313-PMP-LRL |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| SILVER STATE FINANCIAL ) SERVICES, et al. ) | |
| Defendants. ) | |

Before the Court for consideration are the following three Motions to Dismiss:

    (Doc. #46)  Defendant ReconTrust Company's Motion to Dismiss
    (Doc. #48)  Defendant Litton Loan Servicing LP's Motion to Dismiss
    (Doc. #50)  Defendant Bank of New York-Mellon's Motion to Dismiss

Plaintiff has failed to file a response to the three foregoing motions to dismiss, and accord with the Local Rules of Practice therefore consents to the granting to each of them. Moreover, a review of the respective motions to dismiss shows that Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED that** Defendant ReconTrust Company's Motion to Dismiss (Doc. #46) is **GRANTED**.

**IT IS FURTHER ORDERED that** Defendant Litton Loan Servicing LP's Motion to Dismiss (Doc. #48) is **GRANTED**.

/ / /

**IT IS FURTHER ORDERED that** Defendant Bank of New York-Mellon's Motion to Dismiss (Doc. #50) is **GRANTED**.

**IT IS FURTHER ORDERED that** this action is **DISMISSED** and the Clerk of Court shall enter judgment in favor of the Defendants and against Plaintiff Kurt B. Ludlow.

DATED:  April 26, 2011.

_____
PHILIP M. PRO
United States District Judge

2