J. Christopher Jorgensen (SBN 5382)
E-mail:cjorgensen@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Defendant*
*ReconTrust Company*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KURT B. LUDLOW,<br><br>Plaintiff,<br><br>vs.<br><br>SILVER STATE FINANCIAL SERVICES; NATIONAL DEFAULT SERVICING CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; LITTON LOAN SERVICING; SPECIALIZED LOAN SERVICING, LLC; RECONTRUST COMPANY; BANK OF NEW YORK-MELLON; et al.,<br><br>Defendants. | Case: 2:10-cv-00313-PMP-LRL<br><br>**ORDER CANCELING LIS PENDENS** |

Defendant ReconTrust Company filed a Motion for Order Canceling Lis Pendens on October 8, 2014 (Dkt. #56). No opposition has been filed.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about October 29, 2009 in Book No. 20091029 as Instrument No. 0002824 in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendant's request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendant its requested relief and rules as follows:

5051082_1

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged; and

2. IT IS FURTHER ORDERED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens; and

3. IT IS FURTHER ORDERED that Defendant records a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

ENTERED this 28 day of October, 2014.

By: _____
DISTRICT COURT JUDGE

Submitted by:

LEWIS ROCA ROTHGERBER LLP

By: _____
J. CHRISTOPHER JORGENSEN
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
*Attorneys for Defendant*
   *ReconTrust Company*

LEWIS ROCA ROTHGERBER
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

5051082_1

# EXHIBIT A

(3)

APN# 178-22-413-053

11 digit number may be obtained at:
http://sandgate.co.clark.nv.us/cicsAssessor/ownr.htm

NOTICE OF LIS PENDENS

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

Inst #: 200910290002824
Fees: $16.00
N/C Fee: $0.00
10/29/2009 01:43:52 PM
Receipt #: 111075
Requestor:
EDWARD G MARSHALL
Recorded By: CDE   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

**Recording requested by:**

ATTORNEY EDWARD G. MARSHALL

**Return to:**

Name    EDWARD G. MARSHALL

Address  P.O.Box 128

City/State/Zip  Las Vegas, NV 89125

This page added to provide additional information required by NRS 111.312 Sections 1-2 (An additional recording fee of $1.00 will apply.)

This cover page must be typed or printed clearly in black ink only.

CS12/03

```
1   EDWARD G. MARSHALL
2   324 S. Third Street #2                          FILED
3   Las Vegas, NV 89101                             OCT 2 9 2009
4   TEL (702) 384-7162                              CLERK OF COURT
5   ATTORNEY FOR PLAINTIFFS
6   NSB NO. 323            DISTRICT COURT
7                     CLARK COUNTY NEVADA
8   KURT B. LUDLOW                  )   CASE NO: A09 602677-C
9                                   )   DEPT. NO: XXV
10         PLAINTIFF                )   DATE OF HEARING: _____
11      VS.                         )   TIME OF HEARING: _____
12  SILVER STATE FINANCIAL SERVICES )
13  NATIONAL DEFAULT SERVICING      )
14      CORPORATION                 )
                                         NOTICE OF LIS PENDENS
15  MORTGAGE ELECTRONIC REGISTRATION)
16      SYSTEM, INC.                )
17  LITTON LOAN SERVICING           )
18  SPECIALIZED LOAN SERVICING, LLC )
19  RECONTRUST COMPANY              )
20  BANK OF NEW YORK- MELLON        )
21  JOHN DOES 1-1000                )
22       DEFENDANTS
23  _____
```

NOTICE OF LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that an action at law has been commenced in the above entitled court by the Plaintiff against the Defendants and that said suit is now pending.

The object of said action is to quiet the title of Plaintiff against all persons and claims who allege any contrary interest therein.

Legal relief has been sought in said suit as pertains to certain real property and which affects the right, title and interest in and to said property.

The property so affected by this suit is described as follows: APN 178-22-413-053 also known as 377 Via Sonador, Henderson, NV 89012, and further described as Lot 53, Block 2, of the Final Map of Trovas (formerly Casey Estates), as shown by map on file in Plat Book 100, page 27, Official Records of the County Recorder of Clark County, Nevada, including Parcels One and Two.

DATED THIS 29 DAY OF October, 20 09.

*Edward G. Marshall*
EDWARD G. MARSHALL
Attorney for Plaintiff
324 South Third Street #2
Las Vegas, Nevada 89101

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

CLERK OF THE COURT

OCT 29 2009